# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

THOMAS C. GRIMM
(302) 351-9595
(302) 425-4661 FAX
tgrimm@mnat.com

April 19, 2016

**VIA E-FILING**

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19, Room 4324
Wilmington, DE 19801-3556

Re:   *Banco Central de Venezuela v. DolarToday, LLC, et al.*,
      C.A. No. 15-965 (UNA)

Dear Judge Sleet:

Pursuant to L.R. 7.1.4, Plaintiff respectfully requests oral argument with respect to Defendants' Motion to Dismiss Plaintiff's Amended Complaint (D.I. 31), which is fully briefed.

Respectfully,

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)

TCG/gm
cc:   Clerk of the Court (by hand)
      Counsel of Record (by CM/ECF)
9981258.1