**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BANCO CENTRAL DE VENEZUELA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 1:15-cv-00965 (GMS) |
| DOLARTODAY, LLC; GUSTAVO DIAZ, VIVAS; IVAN DARIO LOZADA-SALAS and JESUS ENRIQUE ALTUVE LOZADA | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL AND ENTRY OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that attorneys Jack B. Blumenfeld and Thomas C. Grimm and MORRIS NICHOLS ARSHT & TUNNELL LLP withdraw as counsel for Plaintiff. Robert J. Katzenstein and SMITH KATZENSTEIN & JENKINS LLP enter their appearance as counsel for Plaintiff.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
Jack B. Blumenfeld (No. 1014)
Thomas C. Grimm (No. 1098)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Robert J. Katzenstein*
Robert J. Katzenstein (No. 378)
1000 West Street, Suite 1501
P.O. Box 410
Wilmington, DE 19899 [Courier 19801]
302-652-8400
302-652-8405 (facsimile)
RJK@skjlaw.com

June 10, 2016