# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 16-2782

Banco Central de Venezuela v. DolarToday LLC, et al

(Originating Court No. 1-15-cv-00965)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

Marcia M. Waldron, Clerk

Dated: August 8, 2016

cc:
Brigid F. Cech Samole Esq.
Robert J. Katzenstein Esq.
Jay A. Yagoda Esq.

**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.